JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| JOSE LOPEZ GARCIA, aka CARLOS GARCIA, | ) ) ) ) ) ) ) ) ) ) ) | No. CV 09-07472-PA (VBK)<br><br>JUDGMENT |
| Petitioner, | | |
| v. | | |
| FRANK X. CHAVEZ, | | |
| Respondent. | | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: April 18, 2011

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE